# United States District Court
## Southern District of Georgia

WASEEM DAKER,

Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV622-71

WARDEN BRIAN ADAMS,

Respondent,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated July 13, 2023, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. The Petitioner's 28 U.S.C. § 2254 petition is dismissed. A Certificate of Appealability and in forma pauperis status on appeal are denied, and this case stands closed.



July 13, 2023
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020