IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

WASEEM DAKER,                          )
                                       )
    Plaintiff- Appellant,              )
                                       )   CASE NO.     6:22-cv-71
    V.                                 )
                                       )   Appeal No. 23-12852-E
WARDEN BRIAN ADAMS,                    )
                                       )
                                       )
    Defendant - Appellee.              )

O R D E R

The appeal in the above-styled action having been dismissed
for want of prosecution by the United States Court of Appeals for
the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the Mandate of the United States
Court of Appeals for the Eleventh Circuit is made the Order of this
Court.

**SO ORDERED,** this _____ day of January, 2024.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA