IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

WASEEM DAKER

v.

HAYS SP WARDEN,                                    CV622-071

ORDER

The appeal in the above-styled action having been dismissed by the United States

Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the Mandate of the United States Court of

Appeals for the Eleventh Circuit is made the Judgment of this Court.

**SO ORDERED**, this 20th day of May, 2026.

_____
HONORABLE. J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA