IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

WASEEM DAKER,                              )
                                          )
        Petitioner-Appellant,             )
                                          )      Case No.: CV 622-0071
vs.                                       )
                                          )      Appeal No.: 25-11686
WARDEN BRIAN ADAMS,                       )
                                          )
        Respondent-Appellee.              )

_____

O R D E R

_____

The appeal in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit for want of prosecution,

**IT IS HEREBY ORDERED** that the mandate order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

SO ORDERED, this ___30th___ day of June 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA